*Busbee* v. *Surles*, from Harnett—Judgment reformed.

*Jones* v. *Russ*, from Beaufort—Judgment below affirmed, no error being assigned.

*Nowland* v. *Brown*, from Mecklenburg—Remanded for finding of further facts.

*Rogers* v. *Grant*, from Northampton—Remanded for finding of further facts.

*Wadsworth* v. *Carroll*, from Craven—Appeal of plaintiff dismissed with leave to move for writ of *certiorari* on laying proper grounds therefor to bring up the case for review.